IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

RECEIVED

ADONIS McGHEE
AIS #220262
   PLAINTIFF

V

JEFFERSON DUNN et...al
ALABAMA DEPARTMENT OF CORRECTIONS
   DEFENDANTS

2020 APR -6 P 12:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO: 2:19-cv-01090-RAH

## MOTION FOR TEMPORARY INJUNCTION

Comes now the plaintiff, Adonis McGhee AIS #220262 pro se, an inmate at the Limestone Correctional Facility located at 28779 Nick Davis Road Harvest, Alabama 35749. Plaintiff is filing pro se, without the benefit of counsel and respectfully requests that this Motion For Temporary Injunction be granted and as grounds states as follows.

1. The Plaintiff alleges that since being here at the Limestone Correctional Facility, he has noticed that the Administration has been copying the inmate's legal mail, and giving them a copy, instead of the original. Plaintiff was called to the shift office on or about March 31st, 2020 to receive his legal mail. Instead of giving him the original, the D.O.C. gave him a copy. Plaintiff requested for the original but was denied. Plaintiff never saw what the D.O.C. done with his original legal mail document.

2. The Plaintiff has a civil suit against the defendants, Jefferson S. Dunn Commissioner Alabama Department of Corrections, Warden Joseph H. Headly, Correctional Officer Jackie Lester, Correctional Officer Alfred Murphy and Captain Otis Smith and feels that such unauthorized practice will allow officials to inspect, copy, photograph and thus read confidential legal matters.

1

2. The Department of Corrections is exceeding their power and authority in their practice of copying the Plaintiff's legal mail coming directly from the United States District Court or in any court.

3. The Plaintiff has been advised by said officials that such practice is due to the promotion of prison contraband, specifically chemical drugs.

Plaintiff relies on the holding in <u>Wolff v McDonnell</u> in which makes such practice, copying, photographing and or a possible conscious review of such legal documents unauthorized.

<u>RELIEF REQUESTED</u>

Wherefore Plaintiff respectfully requests that this Honorable Court to enter a temporary injunction against the defendants (A.D.O.C.) which will prohibit photigraphing, copying and/or shredding such documents which come directly from this Honorable Court.

Respectfully submitted this the 1st day of April 2020.

Adonis McGhee AIS #220262
Limestone Correctional Facility
28779 Nick Davis Road
Harvest Al. 35749

2

## CERTIFICATE OF SERVICE

I Adonis McGhee hereby certify that I have served a copy of the foregoing upon all parties involved by placing a copy of the same in the Institutional Legal Mail System Limestone Correctional Facility postage prepaid properly addressed prior to the close of the normal business day this the __1st__ day of April 2020.

*Adonis McGhee*
Adonis McGhee

Clerk of the Court
United States District Court
Middle District of Alabama
One Church Street Rm. B-110
Montgomery Al. 36104

Attorney General
State of Alabama
501 Washington Ave.
Montgomery Al. 36130

Case 2:19-cv-01090-RAH-SRW   Document 32   Filed 04/06/20   Page 4 of 4

Adonis McGhee 220262
28979 Nick Davis Road
Harvest, Alabama 35749



BIRMINGHAM AL 350
02 APR 2020 PM 6 L

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communications.

Clerk of the Court
United States District Court
Middle District of Alabama
One Church Street Rm B-110
Montgomery AL 36104

36104-401801