IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ADONIS McGHEE, #220262,          )
                                )
          Plaintiff,            )
                                )
     v.                         )     CIVIL ACTION NO. 2:19-CV-1090-RAH
                                )
JEFFERSON DUNN, et al.,          )
                                )
          Defendants.           )

**ORDER**

On April 27, 2020, the Magistrate Judge entered a Recommendation that the motions for preliminary injunction filed by the plaintiff be denied (Doc. 38) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge (Doc. 38) is ADOPTED.

2.  The motions for preliminary injunction filed by the plaintiff (Doc. 1, p. 5) and Doc. 32) are DENIED.

3.  This case is referred back to the Magistrate Judge assigned hereto for further appropriate proceedings.

DONE this 4th day of June, 2020.

     /s/   R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE