IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ADONNIS MCGHEE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-1090-RAH-CWB |
| | ) |
| **JEFFERSON DUNN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Before the court is the Special Report (Doc. 34), which the Court construes as including a Motion for Summary Judgment. The Magistrate Judge entered his Report and Recommendation on January 13, 2023, (Doc. 83). No objections have been filed. Based upon an independent and *de novo* review of the Recommendation, as amended and supplemented, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Motion for Summary Judgment is GRANTED in favor of all Defendants as to McGhee's claims for injunctive and declaratory relief;

3. The Motion for Summary Judgment is GRANTED in favor of all Defendants as to McGhee's claims for monetary damages against them in their official capacities;

4. The Motion for Summary judgment is GRANTED in favor of Jackie Lester and Kingston Bennette on McGhee's claim for deliberate indifference;

5. The Motion for Summary judgment is DENIED as to Alfred Murphy in his individual capacity on McGhee's claim for excessive force;

6. The Motion for Summary judgment is GRANTED in favor of Otis Smith, Jefferson Dunn and Joseph Headley;

7. The claims against Otis Smith, Jackie Lester, Kingson Bennette, Jefferson Dunn and Joseph Headley are DISMISSED with prejudice;

8. The Plaintiff's excessive force claim against Defendant Officer Alfred Murphy in his individual capacity shall be set for a jury trial.

DONE, on this the 16th day of February 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE